# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH J. BROWN

NO. 2022 KW 0059

**FEBRUARY 22, 2022**

---

In Re:  Joseph J. Brown, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1601301.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT